UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00498

**Johnathan Lee Almond,**
*Petitioner,*

v.

**Botie Hillhouse,**
*Respondent.*

# ORDER

This habeas corpus action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). On March 31, 2023, the magistrate judge issued a report recommending that the case be dismissed as unexhausted and barred by the abstention doctrine recognized in *Younger v. Harris*, 401 U.S. 37 (1971). Doc. 11. A copy of the report was mailed to the petitioner, who received it on March 27, 2023. Doc. 13. Petitioner did not file written objections and has taken no further action since that time to prosecute this case.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed.

So ordered by the court on April 28, 2023.

J. CAMPBELL BARKER
United States District Judge